Dan C. KARNICKI, Individually and as Administrator of the Estate of Elizabeth L. Karnicki

v.

RIDE THE DUCKS INTERNATIONAL LLC, Ride The Ducks of Philadelphia d/b/a Ride The Ducks, Herschend Family Entertainment Corporation d/b/a Ride The Ducks, Amphibious Vehicle Manufacturing, LLC,

Petition of: Ride The Ducks International, LLC

No. 510 EAL 2016

Supreme Court of Pennsylvania.

May 10, 2017

### ORDER

PER CURIAM

AND NOW, this 10th day of May, 2017, the Petition for Allowance of Appeal is DENIED and the Application for a Stay

Pending Appellate Review is **DISMISSED AS MOOT.**